# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3533

_____

| | |
|---|---|
| Charles Armstrong, | * |
| | * |
| Appellant, | * |
| | *   Appeal from the United States |
| v. | *   District Court for the |
| | *   Eastern District of Missouri. |
| Taylor Real Estate Company; Ronald | * |
| W. Parli; Midland Manors; Nathaniel | *              [UNPUBLISHED] |
| Murdock; Johnathan Ford, | * |
| | * |
| Appellees. | * |

_____

Submitted:  January 6, 2000

Filed:  January 14, 2000

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Charles Armstrong appeals from the district court's[1] order dismissing his pro se action against Taylor Real Estate Company, Midland Manors, and three individual defendants. After careful review of the record, we conclude Mr. Armstrong's complaint was frivolous and failed to state a claim for the reasons given by the district

---

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

court.  <u>See</u> 28 U.S.C. § 1915(e)(2)(B)(i), (ii) (action subject to dismissal if it is frivolous or fails to state claim upon which relief may be granted); <u>Martin v. Sargent</u>, 780 F.2d 1334, 1337 (8th Cir. 1985) (pro se pleading must contain specific facts supporting its conclusions).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.